TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LISA A. TILLMAN (Cal. SBN 126424)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 410-965-5909
Lisa.A.Tillman@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH DELIA ORNELAS,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 2:26-CV-04988-AJR<br><br>~~[PROPOSED]~~ JUDGMENT RE REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT

ADJUDGES AND DECREES that judgment be entered for Plaintiff.

DATED: October 14, 2026

Joel Richlin

HONORABLE A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE